# Court of Appeals
# of the State of Georgia

ATLANTA,  June 17, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1480.  ROBERT DEAN BLACKBURN v. THE STATE.**

Robert Dean Blackburn has been charged with drug offenses.  After the trial court denied his motion to suppress, Blackburn conceded that there is sufficient evidence to find him guilty.  Accordingly, with Blackburn's consent, the trial court entered an order finding him guilty.  However, the court expressly withheld sentencing until a later time.  Blackburn then filed this direct appeal.

We lack jurisdiction because the challenged order is interlocutory.  Although the trial court found Blackburn guilty, it has not entered a judgment of conviction and has not imposed a sentence.  Accordingly, the case remains pending below, and Blackburn was required to follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain appellate review at this time.  See *Keller v. State*, 275 Ga. 680 (571 SE2d 806) (2002) (a criminal case remains pending until the court enters a written judgment of conviction and sentence); *Crolley v. State*, 182 Ga. App. 2 (1) (354 SE2d 864) (1987) (a criminal proceeding is pending until the court enters a written sentence).  Blackburn's failure to follow the requisite procedures deprives us of jurisdiction to consider his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*  06/17/2014
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    *, Clerk.*